IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDDIE L. ROBERSON,

        Plaintiff,                      No. CIV S-04-1580 GEB PAN P

    vs.

J. FLORES,

        Defendant.               ORDER

_____/

       Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983 on August 5, 2004. On January 3, 2005, judgment was entered dismissing the case, and the case was closed. On May 28, 2010, plaintiff filed a "Request for Order for Federal Filing Fee Status." Dckt. No. 10. Plaintiff asserts that an initial partial filing fee of $4.55 was assessed in this action but that his trust account custodian failed to enter that payment against the total $150.00 fee owed for filing the case. Plaintiff asks the court to provide him with copies of financial records showing payment of the $4.55 initial partial filing fee he alleges was assessed.

       The court has reviewed the docket in this case, which reveals that no initial partial filing fee was assessed in this action. Dckt. No. 5. Accordingly, plaintiff's request is denied. The Clerk of the Court is directed to provide plaintiff with a copy of the court's order dated September 17, 2004, Docket No. 5, providing that no initial partial filing fee has been assessed.

1     The court notes that it will issue no response to future filings by plaintiff in this action
2 not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.
3 Dated: September 22, 2010.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE